**Order entered June 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00230-CV

**GREAT AMERICAN LLOYDS INSURANCE COMPANY, ET AL., Appellants**

**V.**

**VINES-HERRIN CUSTOM HOMES L.L.C., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-03-6903**

## ORDER

Before the Court is appellees' June 17, 2015 unopposed second motion for an extension of time to file a brief seeking an extension to August 24, 2015. In an order dated June 17, 2015, this Court granted appellees' June 11, 2015 motion and extended the time to file their brief to August 24, 2015. Accordingly, we **DENY** appellees' motion as moot.

/s/    ELIZABETH LANG-MIERS
        JUSTICE